

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| The City of El Paso, | § | No. 08-14-00319-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| Harold Collins and Catherine Teague-Collins Individually and Next Friends of Jade Collins, a Minor and Jasmine Collins, a Minor. | § | of El Paso County, Texas |
| | § | (TC# 2009-2736) |
| | § | |
| Appellee's. | | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **June 1, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Joseph Isaac, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before June 1, 2015.

IT IS SO ORDERED this 11th day of May, 2015.


PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.